UNITED STATES DISTRICT COURT                                    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 23-0289-JFW(PVC)**                                       Date: March 31, 2023

Title:     Michael Solomon Elyashar -v- Commissioner of Social Security

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                None Present
   Courtroom Deputy                              Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                                None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

   All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

   On January 13, 2023, Plaintiff filed a Complaint challenging the denial of Social Security benefits along with an accompanying request to proceed *in forma pauperis* ("Request").  (Dkts. 1, 4).  On February 24, 2023, the Court denied the Request and directed him to pay the full filing fee.  (Dkt. 10).  The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.  (*Id.*).

   To date Plaintiff has not paid the filing fee or otherwise responded to the Court's order requiring him to do so.  Accordingly, this action is **DISMISSED without prejudice**.  *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

   IT IS SO ORDERED.